**2012–2008. In re Application of Ohio Power Co.**
Public Utilities Commission, Nos. 11–4920–EL–RDR and 11–4921–EL–RDR. This cause is pending before the court as an appeal from the Public Utilities Commission of Ohio.

Upon consideration of appellee/cross-appellant Industrial Energy Users–Ohio's motion seeking authorization to withdraw the third assignment of error, it is ordered by the court that the motion is granted.